JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. | No. ED CV 17-2024-PA (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: December 12, 2017

_____
PERCY ANDERSON
United States District Judge